JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Larry Dunn | ) | 2:20-cv-00432-RSWL-SKx |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER DISMISSING CASE |
| E.M. Thomas Management, Inc., et al,. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On May 18, 2020, the Court ordered counsel to Show Cause [18] why this action should not be dismissed for lack of prosecution as to any remaining defendant. To date, counsel has not complied with this order.

Accordingly, good cause appearing therefore, the Court hereby DISMISSES this action without prejudice for failure to prosecute and failure to obey an order of this Court. The Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated: May 26, 2020                    s/ RONALD S.W. LEW
                                       HONORABLE RONALD S. W. LEW
                                       U.S. District Judge

1